## United States District Court, Western District of Wisconsin

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 305 | **DATE** | 10/20/2008 |
| **CASE TITLE** | Eragen Biosciences, Inc. v. Benner et al | | |

**DOCKET ENTRY TEXT:**

Telephonic conference held with attorneys. Case set for mediation before this court in Madison, Wisconsin at 8:30a.m. on October 31, 2008 on the second floor of the federal courthouse.

*Philip G. Reinhard*

Electronic Notices/Notice mailed by Judicial staff.

[00:30]

| | Courtroom Deputy Initials: | JT |
|---|---|---|

dockets.Justia.com